# CASE ANNOUNCEMENTS

*February 11, 2011*

[Cite as *02/11/2011 Case Announcements*, 2011-Ohio-624.]

## MEDIATION REFERRALS

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):

2010–0433.   State ex rel. Striker v. Smith.
Richland App. No. 2008–CA–0336, 2010-Ohio-457.

2010–1050.   Commercial Real Estate Financing II, L.L.C. v. Cuyahoga Cty. Bd. of Revision.
Board of Tax Appeals, No. 2008–M–106.

2010–1841.   State ex rel. George v. Indus. Comm.
Franklin App. No. 09AP–1099, 2010-Ohio-4320.

2010–1916.   HealthSouth Corp. v. Testa.
Board of Tax Appeals, No. 2005–A–1386.

2010–2283.   State ex rel. Levine v. Buehrer.
In Mandamus.

# CASE ANNOUNCEMENTS

*February 14, 2011*

[Cite as *02/14/2011 Case Announcements*, 2011-Ohio-646.]

## DISCIPLINARY CASES

2004–1407.   Disciplinary Counsel v. Nagorny.
On January 14, 2011, respondent, Edward Jerry Nagorny, filed an application for termination of probation. Upon consideration thereof, the court finds that respondent has substantially complied with Gov.Bar R.V(9)(D) and with its order, dated December 4, 2008, in which the court reinstated respondent and placed him on a two-year monitored probation.

On consideration thereof, it is ordered by this court that the probation of respondent, Edward Jerry Nagorny, Attorney Registration No. 0043882, last known business address in Seven Hills, Ohio, is terminated.

It is further ordered that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

# CASE ANNOUNCEMENTS

*February 15, 2011*

[Cite as *02/15/2011 Case Announcements*, 2011-Ohio-672.]

## MOTION AND PROCEDURAL RULINGS

**2010-0180. In re C.B.**
Cuyahoga App. No. 92775. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.

Upon consideration of appellee's motion to vary time for oral argument, it is ordered by the court that the motion is denied.

## CASE ANNOUNCEMENTS

*February 16, 2011*

[Cite as *02/16/2011 Case Announcements*, 2011-Ohio-647.]

## MERIT DECISIONS WITHOUT OPINIONS

**2010-2118. State ex rel. Buoscio v. Horrigan.**
In Mandamus. On complaint in mandamus of Samuel Buoscio. On S.Ct.Prac.R. 10.5 determination, cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

**2010-2134. State v. Nickel.**
Ottawa App. No. OT–10–004, 2010-Ohio-5510. On review of order certifying a conflict. On the authority of our opinion in *State v. Johnson*, 128 Ohio St.3d 153, 2010-Ohio-6314, 942 N.E.2d 1061, the court determines that no conflict exists. This cause is therefore dismissed as moot. Motions to dismiss and to remand denied as moot.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

**2010-2145. [State ex rel.] Johnson v. Ward.**
In Prohibition. On relator's amended complaint and respondents' amended motion to dismiss. Motion to dismiss granted. Relator's motions for stay, to strike, for a hearing, and for default judgment denied as moot. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

**2010-2161. State ex rel. Billiter v. IHS Supervisor.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

**2010-2244. [State ex rel.] Allen v. Hamilton Cty. Common Pleas Judge.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

**2010-2286. State v. Jordan.**
Trumbull App. No. 2009–T–0110, 2010-Ohio-5183. On review of order certifying a conflict. On the authority of our opinion in *State v. Hodge*, 128 Ohio St.3d 1, 2010-Ohio-6320, 941 N.E.2d 768, the court determines that no conflict exists. This cause is therefore dismissed as moot.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

**2011-0064. State ex rel. King v. Court of Appeals, Ninth Appellate Dist.**
In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.